# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.  4:23-MJ-2018

SOHAIB ABUAYYASH

## UNOPPOSED MOTION TO SEAL COMPLAINT AND TO FILE A REDACTED COMPLAINT

Defendant, Sohaib Abuayyash, moves this Court to seal the complaint (doc. 1) and to amend the complaint by partially redacting an address and a phone number which were included in the complaint. The redacted complaint is filed as Exhibit 1.

On October 19, 2023, Mr. Abuayyash was charged by complaint with possession of a firearm by an alien who has been admitted to the United States under a nonimmigrant visa in violation of 18 U.S.C. § 922(g)(5)(B). A probable cause and detention hearing are schedule for October 24, 2023.

To avoid the unnecessary public dissemination of personal information of Mr. Abuyyash and his family, he seeks to partially redact the address and phone number which were included in the complaint. The government is unopposed to this motion.

    Respectfully submitted,

    MARJORIE A. MEYERS
    Federal Public Defender
    Southern District of Texas No. 3233
    Texas State Bar No. 14003750

By /s/ Amr A. Ahmed
AMR A. AHMED
Assistant Federal Public Defender
Southern District of Texas No. 3088803
Virginia State Bar No. 81787
440 Louisiana, Suite 1350
Houston, TX 77002-1056
Telephone: 713.718.4600
Fax: 713.718.4610

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Assistant United States Attorney Richard Bennett, and determined that the United States is unopposed to this motion to seal complaint and to file a redacted complaint.

By /s/ Amr A. Ahmed
AMR A. AHMED

## CERTIFICATE OF SERVICE

I certify that on October 23, 2023, a copy of the foregoing was served by Notification of Electronic Filing and will be delivered by email to the office of Assistant United States Attorney Richard Bennett.

By /s/ Amr A. Ahmed
AMR A. AHMED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                                                              4:23-MJ-2018

SOHAIB ABUAYYASH

**O R D E R**

The Court has considered the Unopposed Motion to Seal Complaint and to File a Redacted Complaint. For the reasons stated in the motion, the motion is GRANTED.

IT IS THEREFORE, ORDERED that the complaint (doc. 1) be sealed. The redacted complaint, filed as Exhibit 1 to the defendant's motion will remain unsealed.

SIGNED at Houston, Texas, on the ___ day of _____ 2023.

_____
UNITED STATES MAGISTRATE JUDGE