IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v. 4:23-MJ-2018

SOHAIB ABUAYYASH

## O R D E R

The Court has considered the Unopposed Motion to Seal Complaint and to File a Redacted Complaint. For the reasons stated in the motion, the motion is GRANTED.

IT IS THEREFORE, ORDERED that the complaint (doc. 1) be sealed. The redacted complaint, filed as Exhibit 1 to the defendant's motion will remain unsealed.

Signed on October 23, 2023, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge