United States Courts
Southern District of Texas
FILED
November 02, 2023
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § § § | CRIMINAL NO. **4:23-cr-00525** |
| **SOHAIB ABUAYYASH,** | § § § | |
| Defendant. | § § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1
(Possession of a firearm by a prohibited person)

On or about September 24, 2023, in the Southern District of Texas, and elsewhere within the jurisdiction of the Court, the defendant,

**SOHAIB ABUAYYASH,**

who, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, namely a Canik, model TP9 Elite SC, 9 mm pistol, said firearm having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8) and 2.

A TRUE BILL:

Original Signature on File
FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
United States Attorney

By:

Richard W. Bennett
Steve Schammel
Assistant United States Attorneys
1000 Louisiana, Suite 2300
Houston, Texas   77002
(713) 567-9000 Phone
(713) 718-3300 Fax