USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED

No. **4:23-cr-00525**

USAO Number: 2023R06660
Magistrate Number: 4:23-mj-2018

*November 02, 2023*

**CRIMINAL INDICTMENT**

Filed: Nathan Ochsner, Clerk of Court    Judge: **Eskridge**

**UNITED STATES of AMERICA**

vs.

**ATTORNEYS:**

**Alamdar S. Hamdani, USA**            (713) 567-9000

Richard Bennett and Steve Schammel     (713) 567-9000

|  | Appt'd | Private |
|---|---|---|
| Sohaib Abuayyash | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 1 )

Ct. 1 - Possession of Firearm by a Prohibited Person, [18 U.S.C. 922(g)(5)(A) and 924(a)(8)].

**PENALTY:** Ct. 1 - Not more than 15 years imprisonment and/or a fine of not more than $250,000, not more than 3 years supervised release, and a $100 special assessment.

Sohaib Abuayyash (USMS#10686-506)
Federal Dentention Center Houston
1200 Texas Avenue
Houston, TX  77002

☑ In Jail
☐ On Bond
☐ No Arrest

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**