United States District Court
Southern District of Texas
**ENTERED**
November 02, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § § § § § § |
| v. | |
| Sohaib Abuayyash | |

CRIMINAL NO: **4:23-cr-00525**

### ORDER FOR ISSUANCE OF NOTICE

A <u>CRIMINAL INDICTMENT</u> has been filed against the defendant who is

☐ Released on Conditions   ☐ Detained   ☑ In Custody   It is

ORDERED that a notice be issued for the appearance of said defendant <u>11/13/2023</u>

at <u>02:00 PM</u>.

SIGNED at Houston, Texas, on <u>November 02, 2023</u>.

*Christine A Boyan*
UNITED STATES MAGISTRATE JUDGE

Sohaib Abuayyash (USMS#10686-506)
Federal Dentention Center Houston
1200 Texas Avenue
Houston, TX  77002