UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § | |
| vs. | | CRIMINAL NO. 4:23-cr-525 (S1) |
| SOHAIB ABUAYYASH, | | |
| Defendant. | | |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1
(Possession of a firearm by a prohibited person)

On or about September 24, 2023, in the Southern District of Texas, and elsewhere within the jurisdiction of the Court, the defendant,

**SOHAIB ABUAYYASH,**

who, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, namely a Canik, model TP9 Elite SC, 9 millimeter caliber pistol, said firearm having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(5)(A), 924(a)(8) and 2.

## COUNT 2
(Possession of a firearm by a prohibited person)

On or about August 6, 2023, in the Southern District of Texas, and elsewhere within the jurisdiction of the Court, the defendant,

**SOHAIB ABUAYYASH,**

who, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, namely a Bryco Arms, model 59, 9 millimeter caliber pistol, said firearm having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(5)(A), 924(a)(8) and 2.

## COUNT 3
(Possession of a firearm by a prohibited person)

On or about August 6, 2023, in the Southern District of Texas, and elsewhere within the jurisdiction of the Court, the defendant,

**SOHAIB ABUAYYASH,**

who, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, namely a Taurus, model 1911, 9 millimeter caliber pistol, said firearm having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(5)(A), 924(a)(8) and 2.

## COUNT 4
(Possession of a firearm by a prohibited person)

On or about August 6, 2023, in the Southern District of Texas, and elsewhere within the jurisdiction of the Court, the defendant,

**SOHAIB ABUAYYASH,**

who, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, namely a Mossberg, model 715T, .22 caliber long rifle, said firearm having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(5)(A), 924(a)(8) and 2.

## COUNT 5
(Possession of a firearm by a prohibited person)

On or about August 6, 2023, in the Southern District of Texas, and elsewhere within the jurisdiction of the Court, the defendant,

**SOHAIB ABUAYYASH,**

who, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, namely a Radical Firearms, model RF-15, multi-

caliber rifle, said firearm having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(5)(A), 924(a)(8) and 2.

A TRUE BILL:

Original Signature on File
FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
United States Attorney

By: *[signature]*

Richard W. Bennett
Steve Schammel
Assistant United States Attorneys
1000 Louisiana, Suite 2300
Houston, Texas   77002
(713) 567-9000 Phone
(713) 718-3300 Fax