**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| United States of Americas | § | CRIMINAL NO. |
| | § | H-23-CR-252 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| Sohaib Abuayyash, | § | |
| Defendant. | § | |

**THIRD AMENDED TRIAL EXHIBIT LIST OF UNITED STATES OF AMERICA**

| No. | Description | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 1 | Certificate of Authenticity and A&D entry | | | | |
| 2 | Spread Sheet for Radical Firearms transfers to Davidsons | | | | |
| 3 | FedEx Shipping from Radical Firearms to Davidsons | | | | |
| 4 | Stipulation of Interstate Nexus | | | | |
| 5 | Nexus Report | | | | |
| 6 | Picture of Canik, model TP9 Elite SC, 9 millimeter caliber pistol | | | | |
| 7 | Picture of Bryco Arms, model 59, 9 millimeter caliber pistol | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 8 | Picture of Taurus, model 1911, 9 millimeter caliber pistol | | | | |
| 9 | Picture of Mossberg, model 715T, .22 caliber long rifle | | | | |
| 10 | Picture of Radical Firearms, model RF-15, multi-caliber rifle | | | | |
| 11 | Photo of Abuayyash from behind at Saddle River Range | | | | |
| 12 | Photo of Abuayyash from front Saddle River Range | | | | |
| 13 | Video Saddle River Range Clip 1 | | | | |
| 14 | Video Saddle River Range Clip 2 | | | | |
| 15 | Video Saddle River Range Clip 3 | | | | |
| 16 | Photo of Abuayyash with rifle Saddle River Range | | | | |
| 17 | Photo of Abuayyash with rifle Saddle River Range | | | | |
| 18 | Photo of Abuayyash with rifle Saddle River Range | | | | |
| 19 | Photo of Abuayyash with pistol Saddle River Range | | | | |
| 20 | Photo of Abuayyash with pistol Saddle River Range | | | | |
| 21 | Video Range USA | | | | |
| 22 | Video Range USA IG Story 1 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 23 | Video Range USA IG Story 2 | | | | |
| 24 | Video Range USA IG Story 3 | | | | |
| 25 | Video of Custodial Interview | | | | |
| 26 | Alien file (certified copy) | | | | |
| 26A | I-589, Application for Asylum and for Withholding of Removal | | | | |
| 27 | Department of State Visa records (certified) | | | | |
| 28 | Non-immigrant Visa Application (DS-160), dated 1-25-19 | | | | |
| 29 | U.S. Visa, issued 1-28-19 | | | | |
| 30 | Palestine Passport | | | | |
| 31 | U.S. Visa cancelled | | | | |
| 32 | I-94 form | | | | |
| 33 | I-589 Instructions | | | | |
| 34 | I-589 Application for Asylum and for Withholding of Removal | | | | |
| 35 | Birth Certificate | | | | |
| 36 | I-797 Notice of Action, rejection notice and letter for I-589 | | | | |
| 37 | I-797 Notice of Action, receipt notice for I-589 | | | | |
| 38 | I-797 Notice of Action, appointment notice for I-589 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 39 | I-765 Application for Employment Authorization | | | | |
| 40 | I-797 Notice of Action, approval notice for I-765 | | | | |
| 40A | I-797 Notice of Action, Approval Notice for I-765 | | | | |
| 41 | Employment Authorization card | | | | |
| 42 | Certificate of Nonexistence of records | | | | |
| 43 | Range USA Receipt | | | | |
| 44 | Range USA Customer Report | | | | |
| 45 | Range USA Record | | | | |
| 46 | Saddle River Receipt | | | | |
| 47 | Saddle River Range Sept. 24th Record | | | | |
| 48A | Photo of Handgun | | | | |
| 48B | Saddle River Receipt | | | | |
| 49 | Form 4473 – Ahmed Jebril | | | | |

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney


/s/ Steven Schammel

Date                                Steven Schammel
                                    Michael Day
                                    Assistant United States Attorneys
                                    1000 Louisiana St., Suite 2300
                                    Houston, TX 77002
                                    Phone: 713-567-9325
                                    Fax:   713-718-3301