United States District Court
Southern District of Texas
**ENTERED**
February 27, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § § § | CRIMINAL ACTION NO. 4:23-CR-00525 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| SOHAID ABUAYYASH,<br>    Defendant. | § § | |

### ORDER TO PROVIDE MEALS TO JURORS

The jury in this matter consists of twelve members.

It is ORDERED that the Clerk will provide the jury with breakfast for the duration of the trial.

It is further ORDERED that the Clerk will provide the jury with lunch during deliberations.

A copy of this order will be provided to the Finance Department for reimbursement to the Clerk for meals.

SO ORDERED.

Signed on February 27, 2024, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge