United States Courts
Southern District of Texas
FILED

FEB 28 2024

Nathan Ochsner, Clerk of Court

# United States District Court
## Southern District of Texas
### Houston Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | § CRIMINAL ACTION NO.<br>§ 4:23-CR-00525<br>§<br>§<br>§ |
| vs. | § JUDGE CHARLES ESKRIDGE<br>§<br>§ |
| SOHAID ABUAYYASH,<br>Defendant. | §<br>§ |

## Jury Note

CAN WE HAVE ANOTHER COPY OF THE JURY INSTRUCTIONS?

Addressed on record with parties. Two copies sent in without objection.

CREskridge

Note 2 @ 9:35 am 02/28
CRG