United States Courts
Southern District of Texas
FILED

FEB 28 2024

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | CRIMINAL NO. 4:23-CR-525 (S1) |
| § | |
| SOHAIB ABUAYYASH § | |
| § | |
| Defendant. § | |

## VERDICT FORM

**ON COUNT ONE:**

We, the jury, find the Defendant, Sohaib Abuayyash:

_____ Guilty        ✓ Not Guilty

**ON COUNT TWO:**

We, the jury, find the Defendant, Sohaib Abuayyash:

_____ Guilty        ✓ Not Guilty

**ON COUNT THREE:**

We, the jury, find the Defendant, Sohaib Abuayyash:

_____ Guilty        ✓ Not Guilty

**ON COUNT FOUR:**

We, the jury, find the Defendant, Sohaib Abuayyash:

_____ Guilty        ✓ Not Guilty

**ON COUNT FIVE:**

We, the jury, find the Defendant, Sohaib Abuayyash:

_____ Guilty        ✓ Not Guilty

1

_____
**FOREPERSON OF THE JURY**

Signed on __FEB. 28_____, 2024