United States District Court
Southern District of Texas
**ENTERED**
March 19, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | CRIMINAL ACTION NO 4:23-CR-00525 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| SOHAIB ABUAYYASH, Defendant. | § § | |

### JUDGMENT OF ACQUITTAL

On February 26, 2024, Defendant Sohaib Abuayyash appeared for the commencement of trial. The United States there expressed its intention to and then did try him on Counts One through Five of the Superseding Indictment. See Dkt 25.

On February 28, 2024, the Jury at the close of trial returned a verdict finding Defendant Sohaib Abuayyash NOT GUILTY on Counts One through Five. See Dkt 101.

It is thus ORDERED that Defendant Sohaib Abuayyash stands ACQUITTED on all charges, and he is hereby DISCHARGED, with any bond EXONERATED.

SO ORDERED.

Signed on March 19, 2024, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge